# United States Court of Appeals
### For the First Circuit

No. 23-1900

UNITED STATES,

Appellee,

v.

ALEX DAVID DAVILA-OLIVO,

Defendant - Appellant.

**ORDER OF COURT**

Entered: April 1, 2024

    Defendant Alex D. Davila-Olivo's motion to authorize the transcription of his September 15, 2023 supervised release revocation hearing in D.P.R. Criminal Case No. 09-cr-173-FAB-63 is granted. We authorize defendant's revocation hearing transcript to be transcribed, but before the transcript is filed on the public docket, the district court should determine whether the revocation hearing transcript is subject to restricted access.

    If the district court determines that the transcript is subject to restricted access, defendant's counsel, who has been newly appointed on appeal, should request permission from the district court in order to access the transcript.

    A copy of this order shall be provided to the district court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa, Ada García-Rivera, Clerk, United States District Court for the District of Puerto Rico, William Miles Pope, Alex David Davila-Olivo, Jenifer Yois Hernández-Vega, Timothy R. Henwood, Myriam Yvette Fernández–González, Mariana E. Bauzá-Almonte, Jonathan L. Gottfried, Edwin Giovannie Mercado