# United States Court of Appeals
## For the First Circuit

No. 23-1900

UNITED STATES,

Appellee,

v.

ALEX DAVID DÁVILA-OLIVO,

Defendant - Appellant.

**ORDER OF COURT**

Entered: October 29, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant Alex David Dávila-Olivo to file a reply brief be enlarged to and including **November 27, 2024**. We are disinclined to grant a request for further enlargement of this deadline.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Mariana E. Bauzá Almonte
Myriam Yvette Fernandez-Gonzalez
Jonathan L. Gottfried
Timothy R. Henwood
Jenifer Yois Hernández-Vega
Julia Meconiates
Edwin Giovannie Mercado
William Miles Pop